455 A.2d 211

Hersh et al., Appellants v. Davis et al.

Argued November 15, 1982. Samuel Merovitz, for appellants; James O. Crawford, for appellees.

Before BROSKY, McEWEN and WATKINS, JJ.

The judgment is affirmed on the basis of the opinion of the learned Philadelphia County Common Pleas Court Judge Ned L. Hirsh.